UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ALEXANDER FRIEDMANN,

    Plaintiff,

    v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. 09-5761 RJB

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

This matter comes before the court on plaintiff's application to proceed *in forma pauperis*. The court has reviewed the application and the remainder of the file herein.

Plaintiff's declaration in support of his application to proceed *in forma pauperis* indicates that he is unable to afford to pay the filing fee at this time. Accordingly, plaintiff's application to proceed *in forma pauperis* is **GRANTED**. The plaintiff is reminded that he must comply with the Federal Rules of Civil Procedure Rule 4 when serving the summons and complaint upon the defendants.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 23rd day of December, 2009.

Robert J Bryan
United States District Judge

ORDER - 1