**THE HONORABLE ROBERT BRYAN**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MICHAEL ALEXANDER FRIEDMANN,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF WASHINGTON, WASHINGTON STATE PATROL, a Washington State Agency, CHRISTINE GREGOIRE, and "JOHN DOE" GREGOIRE, CHIEF JOHN BATISTE and "JANE DOE" BATISTE, SERGEANT TOM OLSEN, and "JANE DOE" OLSEN, SERGEANT SAM E. RAMIREZ and "JANE DOE" RAMIREZ, SERGENT TOM MARTIN and "JANE DOE" MARTIN, DETECTIVE JULI GUNDERMAN, formerly Juli Mitchell and "JOHN DOE" GUNDERMAN, TROOPER NICHOLAS CASTO and "JANE DOE" CASTO, TROOPER JAMES MELDRUM and "JANE DOE" MELDRUM, TROOPER CHRISTOPHER NOLL and "JANE DOE" NOLL, TROOPER ROBERT E. HOWESON, and "JANE DOE" HOWSON, MICHAEL HOPKINS and | NO. C09-5761RJB<br><br>DECLARATION OF ALLISON STANHOPE |

DECLARATION OF
ALLISON STANHOPE
C09-5761RJB

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

| | |
|---|---|
| 1 | "JANE DOE" HOPKINS, LIEUTENANT SEAN HARTSOCK and "JOHN DOE" HARTSOCK, STEVEN OSTRANDER and "JANE DOE" OSTRANDER, TERRY FRANKLIN and "JANE DOE" FRANKLIN, LIEUTENANT JULIE JOHNSON and "JOHN DOE" JOHNSON, the latter respectively, husband and wife, |
| | Defendants. |

ALLISON STANHOPE swears and affirms:

1. I am over the age of 18 years, am competent to testify, and have personal knowledge of the matters stated herein.

2. I am an Assistant Attorney General and am representing the Defendants in this matter. I have reviewed and am familiar with the documents related to this case.

3. On March 3, 2010, I printed the U.S. District Court, Western District of Washington Electronic Filing Procedures for Civil and Criminal Cases, which were amended on 3/01/10, off of the U.S. District Court Western District of Washington homepage. Attached as **Exhibit A** (pages 4-16) is a true and correct copy of the U.S. District Court, Western District of Washington Electronic Filing Procedures for Civil and Criminal Cases, which were amended on 3/01/10.

I declare under the penalty of perjury under the laws of the State of Washington the foregoing is true and correct.

DATED this 5th day of March 2010, at Seattle, Washington.

s/ Allison Stanhope
ALLISON STANHOPE, WSBA #30486
Assistant Attorney General
Office of the Attorney General–Tort Division
800 Fifth Avenue Suite 2000
Seattle, Washington 98104-3188
Telephone:        (206) 464-7352
Facsimile:         (206) 587-4229
E-mail:              AllisonC@atg.wa.gov
Attorney for Defendants

DECLARATION OF
ALLISON STANHOPE
C09-5761RJB

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# PROOF OF SERVICE

I, Allison Stanhope, declare that I caused to be served a copy of this document on all parties or their counsel of record on the date below as follows:

☒ **Electronically Filed with U.S. District Court-Western District**
AllisonC@atg.wa.gov; julien@atg.wa.gov; StephanieD1@atg.wa.gov

☒ **U.S. Mail, First Class, post prepaid**
**Certified / Return Receipt Request**
**No. 7007 25060 0001 7867 5157**

Michael Alexander Friedmann
16011 Third Avenue Court East
Tacoma, Washington  98445-1054

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 5th day of March 2010, at Seattle, Washington.

s/ Allison Stanhope
ALLISON STANHOPE, WSBA #30486
Assistant Attorney General
Office of the Attorney General–Tort Division
800 Fifth Avenue Suite 2000
Seattle, Washington   98104-3188
Telephone:      (206) 464-7352
Facsimile:       (206) 587-4229
E-mail:            AllisonC@atg.wa.gov
Attorneys for Defendants

DECLARATION OF
ALLISON STANHOPE
C09-5761RJB

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352