|   |   |
|---|---|
|   | THE HONORABLE ROBERT BRYAN |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MICHAEL ALEXANDER FRIEDMANN,<br><br>      Plaintiff,<br><br>v.<br><br>THE STATE OF WASHINGTON, WASHINGTON STATE PATROL, a Washington State Agency, CHRISTINE GREGOIRE, CHIEF JOHN BATISTE, SERGEANT TOM OLSEN, SERGEANT SAM E. RAMIREZ, SERGENT TOM MARTIN, DETECTIVE JULI GUNDERMAN, formerly Juli Mitchell, TROOPER NICHOLAS CASTO, TROOPER JAMES MELDRUM, TROOPER CHRISTOPHER NOLL, TROOPER ROBERT E. HOWSON, MICHAEL HOPKINS, LIEUTENANT SEAN HARTSOCK, STEVEN OSTRANDER, TERRY FRANKLIN, LIEUTENANT JULIE JOHNSON, RANDY ALAN FLORES, DISCOUNT HEATING & COOLING, DAY & NIGHT HEATING & COOLING, INC.,<br><br>      Defendants. | NO. C09-5761RJB<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO ALL REMAINING CLAIMS AND DEFENDANTS |

STIPULATION AND ORDER OF DISMISSAL AS TO ALL REMAINING CLAIMS AND DEFENDANTS
NO. C09-5761RJB

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Michael
2   Alexander Friedmann, *pro se* plaintiff, and the Defendants State of Washington and its agency
3   Washington State Patrol, acting by and through Robert M. McKenna, Attorney General, and
4   Allison Stanhope and Robert A. Hyde, Assistant Attorneys General, that the above-entitled
5   action as to the State of Washington, Washington State Patrol, Christine O. Gregoire, John
6   Batiste, Tom Olsen, Sam Ramirez, Tom Martin, Juli Gunderman, Nicholas Casto, James
    Meldrum, Christopher Noll, Robert Howson, Michael Hopkins, and Julie Johnson,[1] may be
7   dismissed with prejudice and without costs, this matter having been fully settled and
8   compromised between the Plaintiff and Defendant State of Washington and Washington State
9   Patrol.

    DATED this _____ day of October 2010.

ROBERT M. MCKENNA
Attorney General


s/ Allison Stanhope_____     s/ Michael A. Friedmann_____
ALLISON STANHOPE, WSBA #30486                MICHAEL ALEXANDER FRIEDMANN
ROBERT A. HYDE, WSBA #33593                  Plaintiff, *Pro Se*
Assistant Attorney General
Office of the Attorney General–Tort Division
800 Fifth Avenue Suite 2000
Seattle, Washington 98104-3188
Telephone:    (206) 464-7352
Facsimile:    (206) 587-4229
E-mail:       AllisonC@atg.wa.gov
RobertH2@atg.wa.gov
Attorneys for Defendants State of Washington,
Washington State Patrol, et al.

---

[1] Defendants Terry Franklin, Sean Hartsock, and Steven Ostrander were previously dismissed as Defendants. Dkt. # 94.

STIPULATION AND ORDER OF
DISMISSAL AS TO ALL REMAINING
CLAIMS AND DEFENDANTS
NO. C09-5761RJB

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# ORDER

THIS MATTER having come before the undersigned Judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that Defendants State of Washington and Washington State Patrol, Christine O. Gregoire, John Batiste, Tom Olsen, Sam Ramirez, Tom Martin, Juli Gunderman, Nicholas Casto, James Meldrum, Christopher Noll, Robert Howson, Michael Hopkins, and Julie Johnson shall be dismissed from the above-entitled action with prejudice. As such, all claims between all parties are now concluded and this case is hereby DISMISSED WITH PREJUDICE and without an award of costs or interest to any party.

DATED this 20th day of October, 2010.

*(signed)* Robert J. Bryan

Judge Robert Bryan
United States District Court Judge

Presented by:

ROBERT M. MCKENNA
Attorney General

s/ Allison Stanhope
ALLISON STANHOPE, WSBA #30486
ROBERT A. HYDE, WSBA #33593
Assistant Attorney General
Attorneys for State Defendants

Copy received; Approved as to form; and Notice of Presentation Waived:

s/ Michael A. Friedmann
Michael Alexander Friedmann
Plaintiff *Pro Se*

STIPULATION AND ORDER OF
DISMISSAL AS TO ALL REMAINING
CLAIMS AND DEFENDANTS
NO. C09-5761RJB

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

## PROOF OF SERVICE

I, Allison Stanhope, declare that I caused to be served a copy of this document on all parties or their counsel of record on the date below as follows:

☒ **Electronically Filed with U.S. District Court-Western District**
AllisonC@atg.wa.gov; julien@atg.wa.gov; StephanieD1@atg.wa.gov

Michael A. Friedmann
golgothapictures@hotmail.com, luckythirteenmedia@hotmail.com

☐ **U.S. Mail, First Class, post prepaid**

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this _____ day of October 2010, at Seattle, Washington.

                                                  s/ Allison Stanhope_____
ALLISON STANHOPE, WSBA #30486
Assistant Attorney General
Office of the Attorney General–Tort Division
800 Fifth Avenue Suite 2000
Seattle, Washington 98104-3188
Telephone:	(206) 464-7352
Facsimile:	(206) 587-4229
E-mail:	AllisonC@atg.wa.gov
Attorney for State Defendants

STIPULATION AND ORDER OF DISMISSAL AS TO ALL REMAINING CLAIMS AND DEFENDANTS
NO. C09-5761RJB

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352